# Exhibit 2

Charted Claim:

Method Claim: 1

| US7057960 | ESMT's M16U4G16256A ("Accused Product") |
|---|---|
| 1. A method for reducing power consumption during background operations in a memory array with a plurality of sections comprising the steps of: controlling said background operations in each of said plurality of sections of said memory array in response to one or more control signals, wherein said one or more control signals are generated in response to a programmable address signal and said background operations can be enabled simultaneously in two or more of said plurality of sections independently of any other section; and | The accused product practices a method for reducing power consumption during background operations (e.g., self-refresh operation) in a memory array with a plurality of sections (e.g., memory banks) comprising the steps of: controlling said background operations (e.g., self-refresh operation) in each of said plurality of sections (e.g., memory banks) of said memory array in response to one or more control signals, wherein said one or more control signals are generated in response to a programmable address signal (e.g., address bits) and said background operations (e.g., self-refresh operation) can be enabled simultaneously in two or more of said plurality of sections independently of any other section.

The accused product uses a Mode Register 2 (MR2) which is loaded with address bits to decide the section(s) of the memory array on which the Self Refresh operation is enabled. Only after the address bits are coded in the MR2, the Self-Refresh operation is executed on the sections of the memory array.

For example, the MR2 includes Low-Power Auto Self Refresh (LPASR) bits, which enable the device to perform the refresh operation in Auto Self Refresh Mode across the different sections of the memory array simultaneously. The LP ASR bits (A7, A6) are set to "1" by using the MODE REGISTER SET (MRS) command such that the device manages Self Refresh entry over the supported temperature range of the DRAM.

Further, the SELF REFRESH command initiates Self Refresh mode to refresh the memory array as defined in MR2. According to the initialized LP ASR bits, the refresh operation is controlled at different temperature settings in the memory banks of SDRAM (DDR4) memory chip. |

| | |
|---|---|
| | As shown below, the accused product adjusts its refresh rate to save power during operations such as Self Refresh operation, etc. |

# ESMT

# M16U4G16256A

## DDR4 SDRAM

### 32M x 16 Bit x 8 Banks
### DDR4 SDRAM

## Feature

- Power supply (JEDEC standard 1.2V)
  - VDD = 1.2V ± 5%
  - VPP = 2.375V to 2.75V
- 16 internal banks
  - 8 banks (4 banks x 2 bank groups) for x 16 product
- Interface: Pseudo Open Drain (POD)
- Burst Length (BL): 8 and 4 with Burst Chop (BC)
- CAS Latency (CL): 9, 11, 12, 13, 14, 15, 16, 18
- CAS Write Latency (CWL): 9, 10, 11, 12, 14, 16
- On-Die Termination (ODT): nom. values of RZQ/7, RZQ/5 (RZQ = 240Ω)
- Precharge: auto precharge option for each burst access
- Refresh: auto-refresh, self-refresh
- Refresh cycles
  Average refresh period
  - 7.8µs at 0°C ≤ $T_C$ ≤ +85°C
  - 3.9µs at +85°C < $T_C$ ≤ +95°C
- Double-data-rate architecture: two data transfers per clock cycle
- The high-speed data transfer is realized by the 8 bits prefetch pipelined architecture
- Bi-directional differential data strobe (DQS_t and DQS_c) is transmitted/received with data for capturing data at the receiver
- DQS is edge-aligned with data for READs; center aligned with data for WRITEs

- Differential clock inputs (CK_t and CK_c)
- DLL aligns DQ and DQS transitions with CK transitions
- Commands entered on each positive CK edge; data and data mask referenced to both edges of DQS
- Data Mask (DM) for write data
- Write Cyclic Redundancy Code (CRC) for DQ error detect and inform it to controller during high-speed operation
- Data Bus Inversion (DBI)
  - Improve the power consumption and signal integrity of the memory interface (x16 product only)
- Programmable preamble is supported both of 1tCK and 2tCK mode
- Command Address (CA) Parity for command/address signal error detect and inform it to controller
- VREFDQ training
  - VREFDQ generate inside DRAM and further train per DRAM
- Per DRAM Addressability (PDA)
  - Each DRAM can be set a different mode register value individually and has individual adjustment.
- Fine granularity refresh
  - 2x, 4x mode for smaller tRFC
- Programmable Partial Array Self-Refresh (PASR)
- RESET_n pin for power-up sequence and reset function
- Operating case temperature range: $T_C$ = 0°C to +95°C

https://www.alldatasheet.com/datasheet-pdf/view/1284758/ESMT/M16U4G16256A-QLBG.html

### 3.2    Basic Functionality

The DDR4 SDRAM is a high-speed dynamic random-access memory internally configured as sixteen-banks, 4 bank group with 4 banks for each bank group for x4/x8 and eight-banks, 2 bank group with 4 banks for each bankgroup for x16 DRAM.
The DDR4 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR4 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.

Read and write operation to the DDR4 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an ACTIVATE Command, which is then followed by a Read or Write command. The address bits registered coincident with the ACTIVATE Command are used to select the bank and row to be activated (BG0-BG1 in x4/8 and BG0 in x16 select the bankgroup; BA0-BA1 select the bank; A0-A17 select the row; refer to "DDR4 SDRAM Addressing" on Section 2.7 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 3.2)

### 4.27.1   Low Power Auto Self Refresh

DDR4 devices support Low Power Auto Self-Refresh (LP ASR) operation at multiple temperatures ranges (See temperature table below). Mode Register MR2 – descriptions

**Table 47 — MR2 definitions for Low Power Auto Self-Refresh mode**

| A6 | A7 | Self-Refresh Operation Mode |
|----|----|------------------------------|
| 0 | 0 | Manual Mode – Normal operating temperature range |
| 0 | 1 | Manual Mode – Extended operating temperature range |
| 1 | 0 | Manual Mode – Lower power mode at a reduced operating temperature range |
| 1 | 1 | ASR Mode – automatically switching between all modes to optimize power for any of the temperature ranges listed above |

**Auto Self Refresh (ASR)**
DDR4 DRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting the above MR2 bits A6=1 and A7=1.  The DRAM will manage Self Refresh entry through the supported temperature range of the DRAM.  In this mode, the DRAM will  change self-refresh rate as the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27.1)

### 4.27    Self refresh Operation

The Self-Refresh command can be used to retain data in the DDR4 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR4 SDRAM retains data without external clocking.The DDR4 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS_n, RAS_n/A16, CAS_n/A15, and CKE held low with WE_n/A14 and ACT_n high at the rising edge of the clock.

Before issuing the Self-Refresh-Entry command, the DDR4 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD,tRFC, tZQinit, tZQoper, tZQCS, etc.). Deselect command must be registered on last positive clock edge before issuing Self Refresh Entry command. Once the Self Refresh Entry command is registered, Deselect command must also be registered at the next positive clock edge. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. .DRAM automatically disables ODT termination and set Hi-Z as termination state regardless of ODT pin and RTT_PARK set when it enters in Self-Refresh mode. Upon exiting Self-Refresh, DRAM automatically enables ODT termination and set RTT_PARK asynchronously during tXSDLL when RTT_PARK is enabled. During normal operation (DLL on) the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.

When the DDR4 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET_n, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VPP, and VRefCA) must be at valid levels. DRAM internal VrefDQ generator circuitry may remain ON or turned OFF depending on DRAM design. If DRAM internal VrefDQ circuitry is turned OFF in self refresh, when DRAM exits from self refresh state, it ensures that VrefDQ generator circuitry is powered up and stable within tXS period. First Write operation or first Write Leveling Activity may not occur earlier than tXS after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27)

The clock is internally disabled during Self-Refresh Operation to save power. The minimum time that the DDR4 SDRAM must remain in Self-Refresh mode is tCKESR. The user may change the external clock frequency or halt the external clock tCKSRE after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27)

### 4.26  Refresh Command

The Refresh command (REF) is used during normal operation of the DDR4 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR4 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS_n, RAS_n/A16 and CAS_n/A15 are held Low and WE_n/A14 and ACT_n are held High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be precharged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure X. Note that the tRFC timing parameter depends on memory density.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.26)



**Figure 137 — Self-Refresh Entry/Exit Timing**

NOTE :
1. Only MRS (limited to those described in the Self-Refresh Operation section). ZQCS or ZQCL command allowed.
2. Valid commands not requiring a locked DLL
3. Valid commands requiring a locked DLL
4. Only DES is allowed during tXS_ABORT

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27)

| presenting said one or more control signals and one or more decoded address signals to one or more periphery array circuits of said plurality of sections. | The accused product practices presenting said one or more control signals and one or more decoded address signals (e.g., address signals) to one or more periphery array circuits of said plurality of sections.<br><br>The accused product has periphery array circuits such as registers, internal refresh counters, row address MUX etc. These periphery circuits are used to input the control ("control signals") and address signals to the memory array cells.<br><br>### 3.2    Basic Functionality<br>The DDR4 SDRAM is a high-speed dynamic random-access memory internally configured as sixteen-banks, 4 bank group with 4 banks for each bank group for x4/x8 and eight-banks, 2 bank group with 4 banks for each bankgroup for x16 DRAM.<br>The DDR4 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR4 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.<br><br>Read and write operation to the DDR4 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an ACTIVATE Command, which is then followed by a Read or Write command. The address bits registered coincident with the ACTIVATE Command are used to select the bank and row to be activated (BG0-BG1 in x4/8 and BG0 in x16 select the bankgroup; BA0-BA1 select the bank; A0-A17 select the row; refer to "DDR4 SDRAM Addressing" on Section 2.7 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.<br><br>https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 3.2) |

## 4.26    Refresh Command

The Refresh command (REF) is used during normal operation of the DDR4 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR4 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS_n, RAS_n/A16 and CAS_n/A15 are held Low and WE_n/A14 and ACT_n are held High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be precharged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure X. Note that the tRFC timing parameter depends on memory density.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.26)

## 4.27.1    Low Power Auto Self Refresh

DDR4 devices support Low Power Auto Self-Refresh (LP ASR) operation at multiple temperatures ranges (See temperature table below). Mode Register MR2 – descriptions

### Table 47 — MR2 definitions for Low Power Auto Self-Refresh mode

| A6 | A7 | Self-Refresh Operation Mode |
|----|----|-----------------------------|
| 0 | 0 | Manual Mode – Normal operating temperature range |
| 0 | 1 | Manual Mode – Extended operating temperature range |
| 1 | 0 | Manual Mode – Lower power mode at a reduced operating temperature range |
| 1 | 1 | ASR Mode – automatically switching between all modes to optimize power for any of the temperature ranges listed above |

**Auto Self Refresh (ASR)**
DDR4 DRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting the above MR2 bits A6=1 and A7=1.  The DRAM will manage Self Refresh entry through the supported temperature range of the DRAM.  In this mode, the DRAM will  change self-refresh rate as the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27.1)

### 4.27    Self refresh Operation

The Self-Refresh command can be used to retain data in the DDR4 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR4 SDRAM retains data without external clocking.The DDR4 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS_n, RAS_n/A16, CAS_n/A15, and CKE held low with WE_n/A14 and ACT_n high at the rising edge of the clock.

Before issuing the Self-Refresh-Entry command, the DDR4 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD,tRFC, tZQinit, tZQoper, tZQCS, etc.). Deselect command must be registered on last positive clock edge before issuing Self Refresh Entry command. Once the Self Refresh Entry command is registered, Deselect command must also be registered at the next positive clock edge. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. .DRAM automatically disables ODT termination and set Hi-Z as termination state regardless of ODT pin and RTT_PARK set when it enters in Self-Refresh mode. Upon exiting Self-Refresh, DRAM automatically enables ODT termination and set RTT_PARK asynchronously during tXSDLL when RTT_PARK is enabled. During normal operation (DLL on) the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.

When the DDR4 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET_n, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VPP, and VRefCA) must be at valid levels. DRAM internal VrefDQ generator circuitry may remain ON or turned OFF depending on DRAM design. If DRAM internal VrefDQ circuitry is turned OFF in self refresh, when DRAM exits from self refresh state, it ensures that VrefDQ generator circuitry is powered up and stable within tXS period. First Write operation or first Write Leveling Activity may not occur earlier than tXS after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27)

The clock is internally disabled during Self-Refresh Operation to save power. The minimum time that the DDR4 SDRAM must remain in Self-Refresh mode is tCKESR. The user may change the external clock frequency or halt the external clock tCKSRE after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27)

| 22. The method according to claim 1, wherein said one or more decoded | The accused product practices the method according to claim 1, wherein said one or more decoded address signals (e.g., address signals) comprise one or more decoded row address signals (e.g., row component of the address) and one or more decoded |

| address signals comprise one or more decoded row address signals and one or more decoded column address signals. | column address signals (e.g., column component of the address).<br><br>The accused product has periphery array circuits such as registers, internal refresh counters, row address MUX etc. These periphery circuits are used to input the address signals to the memory array cells.<br><br>In DDR4, the address signal is associated with both row and column components. The DDR4 standard explicitly describes the address inputs as carrying both a row address component and a column address component, used to select a location out of the memory array in the respective bank. This association is further reinforced by the DDR4 SDRAM Addressing tables in Section 2.7, which define separate Row Address and Column Address fields for every device configuration. During a Refresh operation, the standard states that an internal address counter supplies the addresses during the refresh cycle. Since the address in DDR4 is defined to have both row and column components, the address supplied by the internal counter during refresh necessarily includes both row and column components.<br><br>**4.26  Refresh Command**<br><br>The Refresh command (REF) is used during normal operation of the DDR4 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR4 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS_n, RAS_n/A16 and CAS_n/A15 are held Low and WE_n/A14 and ACT_n are held High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be precharged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure X. Note that the tRFC timing parameter depends on memory density.<br>https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.26) |

## 2.6    Pinout Description

| Symbol | Type | Function |
|---|---|---|
| CK_t, CK_c | Input | Clock: CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |
| A0 - A17 | Input | Address Inputs: Provide the row address for ACTIVATE Commands and the column address for Read/Write commands to select one location out of the memory array in the respective bank. (A10/AP, A12/BC_n, RAS_n/A16, CAS_n/A15 and WE_n/A14 have additional functions, see other rows.The address inputs also provide the op-code during Mode Register Set commands.A17 is only defined for the x4 configuration. |

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 2.6)

## 2.7    DDR4 SDRAM Addressing

### 2 Gb Addressing Table

| Configuration | | | 512 Mb x4 | 256 Mb x8 | 128 Mb x16 |
|---|---|---|---|---|---|
| Bank Address | | # of Bank Groups | 4 | 4 | 2 |
| | | BG Address | BG0~BG1 | BG0~BG1 | BG0 |
| | | Bank Address in a BG | BA0~BA1 | BA0~BA1 | BA0~BA1 |
| Row Address | | | A0~A14 | A0~A13 | A0~A13 |
| Column Address | | | A0~A9 | A0~A9 | A0~A9 |
| Page size | | | 512B | 1KB | 2KB |

### 4 Gb Addressing Table

| Configuration | | | 1 Gb x4 | 512 Mb x8 | 256 Mb x16 |
|---|---|---|---|---|---|
| Bank Address | | # of Bank Groups | 4 | 4 | 2 |
| | | BG Address | BG0~BG1 | BG0~BG1 | BG0 |
| | | Bank Address in a BG | BA0~BA1 | BA0~BA1 | BA0~BA1 |
| Row Address | | | A0~A15 | A0~A14 | A0~A14 |
| Column Address | | | A0~A9 | A0~A9 | A0~A9 |
| Page size | | | 512B | 1KB | 2KB |

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 2.7)

| | |
|---|---|
| 23. The method according to claim 1, wherein said background operations are enabled in response to a first state of said one or more control signals. | The accused product practices the method according to claim 1, wherein said background operations (e.g., self-refresh operation) are enabled in response to a first state (e.g., presence of refresh command) of said one or more control signals (e.g., refresh command).<br><br>The accused product uses a Mode Register 2 (MR2) which is loaded with address bits to decide the section(s) of the memory array on which the Self Refresh operation is enabled. Only after the address bits are coded in the MR2, the Self-Refresh operation is executed on the sections of the memory array.<br><br>When the "refresh command" (control command) is initiated is when the actual self-refresh operation occurs. Thus, the self-refresh operation is enabled (occurs/executed) in the presence (first state) of the "refresh command" (control command). |

### 4.27.1　Low Power Auto Self Refresh

DDR4 devices support Low Power Auto Self-Refresh (LP ASR) operation at multiple temperatures ranges (See temperature table below). Mode Register MR2 – descriptions

**Table 47 — MR2 definitions for Low Power Auto Self-Refresh mode**

| A6 | A7 | Self-Refresh Operation Mode |
|----|----|-----------------------------|
| 0 | 0 | Manual Mode – Normal operating temperature range |
| 0 | 1 | Manual Mode – Extended operating temperature range |
| 1 | 0 | Manual Mode – Lower power mode at a reduced operating temperature range |
| 1 | 1 | ASR Mode – automatically switching between all modes to optimize power for any of the temperature ranges listed above |

**Auto Self Refresh (ASR)**
DDR4 DRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting the above MR2 bits A6=1 and A7=1.  The DRAM will manage Self Refresh entry through the supported temperature range of the DRAM.  In this mode, the DRAM will  change self-refresh rate as the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27.1)

### 4.27     Self refresh Operation

The Self-Refresh command can be used to retain data in the DDR4 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR4 SDRAM retains data without external clocking.The DDR4 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS_n, RAS_n/A16, CAS_n/A15, and CKE held low with WE_n/A14 and ACT_n high at the rising edge of the clock.

Before issuing the Self-Refresh-Entry command, the DDR4 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD,tRFC, tZQinit, tZQoper, tZQCS, etc.). Deselect command must be registered on last positive clock edge before issuing Self Refresh Entry command. Once the Self Refresh Entry command is registered, Deselect command must also be registered at the next positive clock edge. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. .DRAM automatically disables ODT termination and set Hi-Z as termination state regardless of ODT pin and RTT_PARK set when it enters in Self-Refresh mode. Upon exiting Self-Refresh, DRAM automatically enables ODT termination and set RTT_PARK asynchronously during tXSDLL when RTT_PARK is enabled. During normal operation (DLL on) the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.

When the DDR4 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET_n, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VPP, and VRefCA) must be at valid levels. DRAM internal VrefDQ generator circuitry may remain ON or turned OFF depending on DRAM design. If DRAM internal VrefDQ circuitry is turned OFF in self refresh, when DRAM exits from self refresh state, it ensures that VrefDQ generator circuitry is powered up and stable within tXS period. First Write operation or first Write Leveling Activity may not occur earlier than tXS after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.27)

### 4.26    Refresh Command

The Refresh command (REF) is used during normal operation of the DDR4 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR4 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS_n, RAS_n/A16 and CAS_n/A15 are held Low and WE_n/A14 and ACT_n are held High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be precharged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure X. Note that the tRFC timing parameter depends on memory density.

https://www.jedec.org/sites/default/files/docs/JESD79-4.pdf (section 4.26)